# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Great American Insurance Company, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:08-cv-00897-JOF |
| Evelyn Penn, et al., : | |
| : | |
| Defendants. : | |
| : | |

## OPINION AND ORDER

Plaintiff, Great American Insurance Company, filed the instant interpleader action against Defendants, Evelyn Penn, Laura Cahoon, Bradley James Sumner, Bernice Mathai, Coosa Valley Credit Union, Gary Temple, and Gerald Jiles on March 10, 2008. It is clear from the docket of the case that Plaintiff has served Defendants Cahoon, Coosa Valley Credit Union, Mathai, Temple, Penn, and Sumner. Defendant Jiles was added in an amended complaint and there is no record on the docket that he has been served. Defendant Sumner was voluntarily dismissed on August 26, 2008. No action has taken place in the case since September 25, 2008, when Defendant Cahoon filed an answer to Plaintiff's amended complaint.

The court DIRECTS Defendants to file dispositive motions with respect to the distribution of the $20,000 at issue in this interpleader action within thirty (30) days from the date of this order. Not all Defendants have appeared and filed an answer, however, it appears from its certificates of service that Plaintiff has contact information for all Defendants. Therefore, the court DIRECTS Plaintiff to serve this ORDER on all Defendants via United States Mail within five (5) days from the date of this order.

**IT IS SO ORDERED** this 31st day of August 2009.

/s J. Owen Forrester
J. OWEN FORRESTER
SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)